IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| A. J. HATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-93-WKW |
| | ) | [WO] |
| WALLY OLSON, RON NELSON, | ) | |
| and STEVE BAXLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 7, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 7.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 30th day of April, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE